

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2021

No. 04-20-00400-CR

Christina Marie **WOOLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-11-0291-CRA
Honorable Bob Brendel, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Before us is the State's motion asking us to (1) reconsider our November 9, 2020 order directing the trial court to amend its certification, and (2) dismiss this appeal. In our November 9, 2020 order, we directed the trial court to prepare an amended certification correcting the defects in its original certification. *See* TEX. R. APP. P. 25.2(a)(2). The trial court has prepared an amended certification stating this case is not a plea bargain case and appellant has the right to appeal.

We have considered the State's motion in conjunction with the record in this case. The State's motion is DENIED. Appellant's brief is due on or before **February 22, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2021.



Michael A. Cruz,
Clerk of Court